IN THE UNITED STATED DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Charlotte McFerren, Billy Lee Green, Augustus Bostick Jr., Mark Adragna, and Courtney Koepf, | ) ) ) ) | |
| Plaintiffs, | ) ) | C/A: 6:18-cv-01298-DCC |
| v. | ) ) | |
| BAIC, Inc., VFG, Inc., (f/k/a Voyager Financial Group), SoBell Ridge Corp., Financial Products Distributors LLC, Performance Arbitrage Company, Life Funding Options, Inc., Andrew Gamber, Mark Corbett, Katharine Snyder, Michelle Plant, David Woodard, Candy Kern-Fuller, and Upstate Law Group, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**CONSENT ORDER TO VACATE ENTRY OF DEFAULT AGAINST DAVID WOODARD AND FINANCIAL PRODUCTS DISTRIBUTORS, LLC ONLY**
_____

Plaintiffs and Defendants David Woodard and Financial Products Distributors, LLC consent to vacating the Entry of Default as to David Woodard and Financial Products Distributors, LLC only.

Therefore, the entry of Default is vacated with regards to David Woodard and Financial Products Distributors, LLC only. Their answer shall be due 10 days from the date of entry of this Order.

IT SO ORDERED.

    s/Donald C. Coggins, Jr.
Donald C. Coggins, Jr.
United States District Judge

September 25, 2018
Spartanburg, South Carolina