IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Charlotte McFerren, et al.                    )
                                              ) Civil Action No.   6:18-cv-01298-DCC-KFM
                    Plaintiff(s),             )
                                              )           ORDER OF DISMISSAL
          vs.                                 )
                                              )
BAIC Inc., et al.,                            )
                                              )
                    Defendant(s).   )

          The Court having been advised by counsel for the parties that the above

action has been settled,

          IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice.  If settlement is not consummated within sixty (60) days, either party may petition

the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In

the alternative, to the extent permitted by law, either party may within sixty (60) days petition

the Court to enforce the settlement.  Fairfax Countywide Citizens v. Fairfax County, 571 F.2d

1299 (4th Cir. 1978).  By agreement of the parties, the court retains jurisdiction to enforce

the settlement agreement.  Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82

(1994).  By further agreement of the parties, the court retains jurisdiction to enter an

injunctive order upon request.

          The dismissal hereunder shall be with prejudice if no action is taken under

either alternative within sixty (60) days from the filing date of this order.

          IT IS SO ORDERED.

                                        s/Donald C. Coggins, Jr.
                                        Donald C. Coggins, Jr.
                                        United States District Judge

July 3, 2019
Spartanburg, South Carolina