# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

| | |
|---|---|
| Jason Lyons, Chad Wright, Adrian Russo,<br>*Plaintiffs*<br><br>v.<br><br>BAIC Inc., VFG Inc. *formerly known as Voyager Financial Group*, SoBell Ridge Corp., Bradling Financial Group, Veternas Benefit Leverage, Andrew Gamber, Mark Corbett, Candy Kern-Fuller, and Upstate Law Group,<br>*Defendants* | Civil Action No.   6:17-cv-02362-DCC-KFM |

| | |
|---|---|
| Charlotte McFerren, Billy Lee Green, Augustus Bostick, Jr., Mark Adragna, Courtney Koepf,<br>*Plaintiffs*<br><br>v.<br><br>BAIC Inc., VFG Inc. *formerly known as Voyager Financial Group*, SoBell Ridge Corp., Financial Products Distributors LLC, Performance Arbitrage Company, Life Funding Options Inc., Andrew Gamber, Mark Corbett, Katharine Snyder, Michelle Plant, David Woodard, Candy Kern-Fuller, and Update Law Group,<br>*Defendants*<br><br>Life Funding Options Inc.,<br>*Counter-Claimait*<br><br>v.<br><br>Mark Adragna, Augustus Bostick, Jr., Billy Lee Green, Courtney Koepf, and Charlotte McFerren,<br>*Counter-Defendants* | Civil Action No.   6:18-cv-01298-DCC-KFM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ other: permanent injunction and dismissal of actions is entered as to defendant Mark Corbett.

■ other: permanent injunction and dismissal of actions is entered as to consenting defendants.

■ other: plaintiffs Augustus Bostick, Jr., Mark Adragna, and Courtney Koepf do not seek any relief from Defaulting Defendants beyond the injunctive relief provided in Order.

■ the plaintiffs Jason Lyons, Chad Wright, Adrian Russo, Charlotte McFerren, and Billy Lee Green, from the defendants, BAIC, Andrew Gamber, Sobell Ridge Corp., Voyager Financial Group, Financial Products Distributors LLC, and David Woodard, in the amount of One Hundred, Fifty-Four Thousand, Six Hundred and Six dollars, and 00/100 ($154,606.00), as set out in the order #200 in case 6:18-cv-02362-DCC-KFM and order #172 in case 6:18-cv-01298-DCC-KFM, plus post judgement interest at the rate of 1.60%.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   October 28, 2019                              *ROBIN L. BLUME, CLERK OF COURT*

<br>

_____
                              s/Ashley Buckingham
                              *Signature of Clerk or Deputy Clerk*